No. 91–8365.  MILLS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 91–8372.  ARNETTE *v.* CHIEF OF POLICE, TOWN OF MC-COLL, SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–8379.  SHARP *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8382.  NGBENDU *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–8388.  STEWART *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8390.  CLARKE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–8398.  STEFFENS *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 91–8406.  COCHRAN *v.* TURNER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–8408.  YEPES *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–8409.  CRESPO *v.* FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–8410.  RAMO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8416.  CARLSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8419.  ALLEN *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–8421.  BUSH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8436.  REDD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.